THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RON and SHIRLEY GIPSON, a married couple, | CASE NO. C18-0951-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| MARCELLA FLEMING REED, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for dismissal (Dkt. No. 53). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is DIRECTED to TERMINATE Defendants' pending motion for summary judgment (Dkt. No. 35) and to CLOSE this case.

DATED this 10th day of June 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk